UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTIELLIA STERLING,

    Plaintiff,

-versus-

CITY OF NEW YORK et al.,

    Defendants.



19 Civ. 7527 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the Court's understanding that the case has been settled, the Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    March 4, 2020
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior U.S. District Judge